**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FEB 10 1993

THOMAS C. CAVER, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 93-60-E |
| v. ) | [21 USC 846; |
| ) | 21 USC 841(a)(1); |
| MACK GATES, ) | 18 USC 2] |
| CALVIN DOOLEY and ) | |
| DARLENE STRICKLAND ) | INDICTMENT |
| ) | |

The Grand Jury Charges:

## COUNT I

Beginning on or about the 16th day of June, 1992, and continuing to on or about the 14th day of January, 1993, the exact dates being to the grand jury unknown, in Chambers County, in the Middle District of Alabama and elsewhere, the defendants,

MACK GATES,
CALVIN DOOLEY and
DARLENE STRICKLAND,

did knowingly and intentionally combine, conspire, confederate and agree together with divers other persons both known and unknown to the grand jury, to commit the following offenses against the United States: To knowingly and intentionally possess with intent to distribute, and to distribute cocaine and cocaine base, Schedule II Controlled Substances, the exact quantities being to the grand jury unknown, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

## COUNTS II - V

On or about the following dates, in Chambers County, in the Middle District of Alabama, the defendants,

MACK GATES and CALVIN DOOLEY,

did knowingly and intentionally distribute, and did aid and abet one another in distributing the following approximate quantities of cocaine base, a Schedule II Controlled Substance:

| | | |
|---|---|---|
| COUNT II | September 1, 1992 | 4.2 grams |
| COUNT III | September 14, 1992 | 3.6 grams |
| COUNT IV | October 6, 1992 | 4.2 grams |
| COUNT V | October 22, 1992 | 5.6 grams |

all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNTS VI - XI

On or about the following dates, in Chambers County, in the Middle District of Alabama, the defendant,

MACK GATES,

did knowingly and intentionally distribute the following approximate quantities of cocaine base, a Schedule II controlled substance:

| | | |
|---|---|---|
| COUNT VI | November 2, 1992 | 3.4 grams |
| COUNT VII | November 9, 1992 | 3.0 grams |
| COUNT VIII | November 17, 1992 | 3.3 grams |
| COUNT IX | November 25, 1992 | 4.7 grams |
| COUNT X | December 4, 1992 | 23.8 grams |
| COUNT XI | December 4, 1992 | 3.4 grams |
| COUNT XII | December 9, 1992 | 3.2 grams |

all in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS XII - XIV

On or about the following dates, in Chambers County, in the Middle District of Alabama, the defendants,

CALVIN DOOLEY and DARLENE STRICKLAND,

did knowingly and intentionally distribute and did aid and abet one another in distributing the following approximate quantities of cocaine base, a Schedule II Controlled Substance:

| | | |
|---|---|---|
| COUNT XII | December 16, 1992 | 23.4 grams |
| COUNT XIII | January 12, 1993 | 23.7 grams |
| COUNT XIV | January 14, 1993 | 23.5 grams |

all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT XV

On or about the 14th day of January, 1993, in Chambers County, in the Middle District of Alabama, the defendant,

DARLENE STRICKLAND,

did knowingly and intentionally possess with the intent to distribute 46.8 grams of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
JAMES ELDON WILSON
United States Attorney

_____
R. RANDOLPH NEELEY
Assistant United States Attorney