# CRIMINAL DOCKET U.S. District Court

| | | | | | | |
|---|---|---|---|---|---|---|
| PO | 1127.2 | 2709 | VS | STRICKLAND, DARLENE | 02/10/93 | 93-00060-03 |
| | | | □ JUVENILE | | | |
| | | | □ ALIAS | | No. of Def's 3 | U.S. MAG CASE NO. 93-006M.0 |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21/846 | Conspiracy to possess with intent to distribute and to distribute cocaine and cocaine base, a Schedule II controlled substance. (Ct. 1) | 1 | |
| 21/841(a)(1) | Distribution of a Schedule II controlled substance - cocaine base & aid and abet. (Cts. 12, 13, 14) | 3 | |
| 21/841(a)(1) | Possession with intent to distribute a Schedule II controlled substance - cocaine base. (Ct. 15) | 1 | |

## II. KEY DATE

**INTERVAL ONE**
- KEY DATE: 1-15-93
- EARLIEST OF: X arrest, □ sum'ns, □ custody, X appears on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
- KEY DATE: 02-10-93
- APPLICABLE: X Indictment filed/unsealed

**KEY DATE:** n/a

**END INTERVAL TWO**
- KEY DATE: 4-5-93
- APPLICABLE: X Trial (voir dire) began, □ Jury, □ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT 2-23-93 | 1st Trial Ended | RE TRIAL | 2nd Trial Began | DISPOSITION DATE 4-6-93 | SENTENCE DATE 6-3-93 | | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|

## III. MAGISTRATE

| | DATE | INITIAL/NO | INITIAL APPEARANCE DATE | | INITIAL/NO | OUTCOME |
|---|---|---|---|---|---|---|
| Search Warrant Issued/Return | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled: 1/15/93 | 27BD | X HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons Issued/Served | | | | Date Held: 1/20/93 | 27BD | |
| Arrest Warrant Issued | | | □ WAIVED □ NOT WAIVED | Tape Number | | |
| COMPLAINT ▶ | 1/15/93 | 27BB | □ INTERVENING INDICTMENT | | | |

| Date of Arrest | OFFENSE (in Complaint) |
|---|---|
| 1/15/93 | Controlled Substance: 21 U.S.C. § 841 |

Show last names and suffix numbers of other defendants on same indictment/information:
1-Gates; 2- Dooley

## IV. ATTORNEYS

U.S. Attorney or Asst.
JAMES ELDON WILSON, U.S. Attorney
Randall Neeley

Defense: 1 ☒ CJA   2 ☒ Ret.   3 □ Waived.   4 □ Self.   5 □ Non/Other.   6 □ PD.   7 □ CD

RETAINED:
Michael D. Reynolds
721 1st Avenue
Columbus, GA 31902
(706) 327-0911

CJA: (Consultation)
Benny C. Hand, Esq.
P. O. Box 1423
Auburn, AL 36830

FEDERAL DEFENDER
John W. Focke, II
201 Monroe St.
Suite 1960
Montgomery, Alabama 36104

New address of def.:

Reg. No. 08989-002
P.O. Box 2000
Butner, NC 27509-2000
Unit H-N
Quarters Cher-B
P.O. Box 7006
Marianna, FL 32447-7006

Darlene Strickland
Reg. #08989-002
FCI Danbury
Pembroke Station
Danbury, Connecticut 06811

Docket Entries Begin On Reverse Side

**BAIL • RELEASE**

PRE-INDICTMENT / POST-INDICTMENT

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

| DATE / DOCUMENT NO. | | V. PROCEEDINGS |
|---|---|---|
| 1/15/93 | 1 | Criminal Complaint |
| 1/15/93 | 2 | Financial Affidavit |
| 1/15/93 | 3 | Government's Motion for Detention Hearing |
| 1/15/93 | 4 | Magistrate's Criminal Minutes |
| 1/19/93 | 5 | Order of temporary Detention (Hearing 1/20/93) |
| 1/19/93 | 6 | CJA Form |
| 1/20/93 | 7 | Order setting conditions of release |
| 1/20/93 | 8 | Appearance Bond |
| 1/20/93 | 9 | Magistrate's Criminal Minutes |
| 1/21/93 | 10 | Magistrate Judge's Order |
| 1/21/93 | | File Certified to Clerk's Office |
| 2-1-93 | 11 | Attorney Micahel D. Reynolds' **MOTION** to appear pro hac vice. Certtficate of Good Standing Attached. Referred to Judge DeMent. **MOTION GRANTED** 2/1/93 (see motion). |
| 2-9-93 | 11a | CJA 20 for Benny Hand approved for $140.00. |
| 2-10-93 | 1 | Indictment. (Case assigned to Judge DeMent.) |
| 2-10-93 | 2 | Summons issued for defendant's appearance at arraignment on 2-23-93 at 10:00 a.m., 2nd floor courtroom, Montgomery, AL before Magistrate Judge Charles S. Coody. |
| 2-15-93 | 8 | **ARRAIGNMENT NOTICE.** (2/23/93 at 10:00 a.m., 2nd floor courtroom, Montgomery, AL.) |
| 2-23-93 | 9 | Defendant's motion for discovery and authority therefor. (Certificate of service is document # 14.) Referred to Magistrate Judge Coody. **GRANTED/DENIED** 2/25/93 |
| 2-23-93 | 10 | Defendant's motion for discovery of exculpatory and impeaching information and authority therefor. (Certificate of service is document # 14.) Referred to Magistrate Judge Coody. **GRANTED/DENIED** 2/25/93 |
| 2-23-93 | 11 | Defendant's motion to reveal agreement. Re: Consideration given government witnesses. (Certificate of service is document # 14.) Referred to Magistrate Judge Coody. **GRANTED/DENIED** 2/25/93 |
| 2-23-93 | 12 | Defendant's motion for a pre-trial Juencks Act disclosure timetable and memorandum of law in support thereof. (Certificate of service is document # 14.) Referred to Magistrate Judge Coody. **MOTION/DENIED** 3-26-93. |
| 2-23-93 | 13 | Defendant's motion for disclosure of Jencks Act material. (Certificate of service is document # 14.) Referred to Magistrate Judge coody. **MOTION/DENIED** 3-26-93 |
| 2-23-93 | 14 | Certificate of service of documents 9, 10, 11, 12 & 13. |

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET — U.S. vs STRICKLAND, DARLENE — Page 2

AO 256A

EASTERN
93-00060-03
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) |
|---|---|
| 2-23-93 | **ARRAIGNMENT.** Defendant appeared with counsel of record and entered a plea of not guilty. |
| 2-23-93 | Magistrate Judge Coody's **ORDER** allowing defendant 10 days from the date of this Order to file pretrial motions; directing the government to file written responses to all contested pretrial motions other than motions for discovery within 10 days of the date the motion is filed. (Copy mailed to counsel; furnished USA, USM, USPO). |
| 2-25-93 | 18    Magistrate Judge Coody's **DISCOVERY ORDER**; treating defendnat's motion for discovery, motion for discovery of exculpatory and impeaching information and motion to reveal agreement as requests for disclosure of discoverable information pursuant to Rules 12 and 16; that the government respond to defendant's request for discovery within 10 days; that the motions referenced in this order are GRANTED to the extent that they seek discovery of matter specified in Rule 16 and discovery of exculpatory material which the Constitution require to be disclosed; otherwise the motions are DENIED without prejudice to the filing of a motion to compel. (Copies furnished to USA; mailed to counsel.) |
| 2-25-93 | 19    Magistrate Judge Coody's **ORDER** that the United States file a response to defendant's motion for a pre-trial Jencks Act disclosure timeable and defendant's motion for disclosure of Jencks Act Material on or before 3/8/93. (Copies furnished to USA; mailed to counsel.) |
| 2-25-93 | **Notice to retained criminal defense attorneys mailed to Hon. Michael D. Reynolds.** |
| 2-25-93 | 22    **TRIAL NOTICE.** (4/5/93 at 10:00 a.m., Opelika, AL.) Clothing notice to attorney included in mailing. **Received 2/27/93.** |
| 3-9-93 | 28    Government's response to motions involving early disclosure of Jencks Act material, 18 U.S.C., Section 3500. Referred to Magistrate Judge Coody. |
| 3-12-93 | 31    Marshal's return on summons unexecuted. |
| 3-22-93 | 37    Government's **information** of prior conviction. Referred to Judge DeMent. |

V. EXCLUDABLE DELAY (a) (b) (c) (d)

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

Case 3:93-cr-00060-ID-SRW    Document 149    Filed 11/27/2007    Page 4 of 16

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

STRICKLAND, DARLENE

p. 3

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) \| (b) \| (c) \| (d) |
|---|---|---|
| 3-26-93 | 38  Magistrate Judge Coody's **ORDER** that motions for pre-trial Jencks Act Disclosure Time Table and motion for disclosure of Jencks Act material filed by the defendant on February 23, 1993, be and is hereby DENIED; that defendant is granted leave to reassert these motions prior to trial. (Copy to counsel; furnished: USA, USPO). | |
| 3-30-93 | 39  Government's requested **voir dire** questions. Referred to Judge DeMent. | |
| 3-30-93 | 40  Government's requested **jury instructions**(Nos. 1-13). Referred to Judge DeMent. | |
| 4-1-93 | 45  Defendant's requested voir dire questions. Referred to Judge DeMent. | |
| 4-1-93 | 46  Defendant's requested jury instructions. (1-8) Referred to Judge DeMent. | |
| 4-5-93 | Jury selected and sworn; trial commenced. | |
| 4-6-93 | 47  **JURY VERDICT** of guilty to Count 1, 12, 13, 14 & 15. | |
| 4-8-93 | 48  Courtroom deputy's minutes of trial proceedings with exhibit and witness list attached. (4-6-93: Defendant's oral motion for judgment of acquittal at the close of the government's case and at the conclusion of all the evidence - DENIED; defendant and counsel for defendant affirmed the accuracy of the Government's information filed to establish a prior conviction; defendant's bond revoked and defendant remanded to the custody of the Marshal pending sentencing.) | |
| 4-12-93 | 49  **ORDER** setting sentencing for 6-3-93 at 10 a.m. in Montgomery, AL as further set out. (Copies mailed to counsel; furnished to USA, USPO & USM.) | |
| 4-15-93 | 51  **ORDER** remanding defendant to the custody of the U.S. Marshal as required by 18 USC 3143, as amended. (Copies furnished to USA, PO, USM; mailed to counsel.) | |
| 4-21-93 | 54  Defendant's **motion** for a new trial. Referred to Judge DeMent.  **DENIED** 5/26/93. (Copies furnished to USA; mailed to Michael D. Reynolds.) EOD 5/26/93 | |
| *4-20-93 | Court Reporter's transcript of trial before Honorable Ira DeMent, commencing on April 5, 1993(Vols. 1 &2). | |
| 4-30-93 | 55  Government's **response** to motion for new trial. Referred to Judge DeMent. | |

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET  U.S. vs<br>AO 256A | STRICKLAND, DARLENE | EASTERN DIVISION<br>93-00060-03<br>Yr. \| Docket No. \|Def. |

| DATE | PROCEEDINGS (continued) Page 4 (Document No.) | V. EXCLUDABLE DELAY (a) \| (b) \| (c) \| (d) |
|---|---|---|
| 5-3-93 | 58  SENTENCING NOTICE MAILED (6/3/93 @ 10:00 a.m., first fl courtroom, Montgomery, AL). (Copy mailed to counsel; defendant; furnished: USA, USM, USPO). | |
| 6-8-93 | 62  JUDGMENT & COMMITMENT: Defendant was found guilty on Counts 1, 12, 13, 14 and 15. Defendant is ordered to pay a special assessment fee of $250.00, consisting of Counts 1, 12, 13, 14 & 15, which shall be due immediately; that defendant is hereby committed to the custody of the U. S. BOP for a term of 240 months; this term consists of 240 months for Count 1; 235 months for Count 12; 235 months for Count 13; 235 months for Count 14; and 235 months for Count 15; that all such terms shall run concurrently with the sentence imposed in Count 1; that defendant is to stand committed for service of this sentence this date; that upon release from imprisonment, she shall be on supervised release for a term of ten(10) years that this term consists of a term of 10 years as to Count 1; 8 years on Counts 12, 13, 14 and 15. All terms shall run concurrently with the term of supervision imposed in Count 1. That while on supervised release, defendant shall not commit another federal state or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court; and shall comply with the following additional conditions: (1) that defendant shall report to the probation office in which released within 72 hours of release from custody; (2) that if a fine, etc., is imposed, it shall be a condition of supervised release; (3) that defendant shall not own or possess a firearm or destructive device; (4) that defendant shall submit to a drug test when ordered to do so by the probation officer; (5) that defendant shall participate in a mental health treatment program as directed by the probation officer. Fine is hereby waived because of defendant's inability ot pay; no restitution is ordered; that sentence is imposed at 240 months because this is the minimum term allowable according to statute and is also the applicable guideline term of imprisonment. EOD: 6/8/93. (Copy mailed to counsel; defendant; furnished: USA, USM, USPO).<br><br>Entries cont'd next page | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) P.5 | V. EXCLUDABLE DELAY |
| --- | --- | --- |
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 6-3-93 | 66 ORDER that the presentence report be filed with the Clerk of this Court wherein it shall be placed under seal; that if an appeal is taken, the presentence report shall be transmitted under seal to the appellate court. Upon written application to the Clerk, counsel for the defendant and for the government may examine the presentence investigation report or obtain a copy thereof, provided that counsel agrees not to duplicate the report or disclose the contents thereof to any person other than to the members of their staffs who have a need to know such contents. (Copies furnished to USA, PO; mailed to counsel.) EOD 6-14-93 | |
| 6-3-93 | 67 Presentence report. Sealed and placed in vault. | |
| 7-27-93 | 79 U. S. Marshal's return by delivering defendant to FMC, Lexington, KY on 7/19/93. | |
| 10-29-93 | 80 Defendant's motion (in letter form) to reduce sentence. Referred to Judge DeMent. | |
| 11-2-93 | 81 ORDER construing defendant's 10/29/93 letter as a motion to reduce sentence; denying the same. (Copies furnished to USA, PO; mailed to Darlene Strickland.) | |
| 6-9-94 | Received $25 through the Bureau of Prison Offset Program. | |
| 11-21-94 | 85 Defendant's motion to vacate, set aside, or correct sentence by a person in federal custody. Referred to ~~Judge DeMent~~ Magistrate Judge Coody. ORDER ENTERED DISMISSING WITHOUT PREJUDICE - 2/28/95. | |
| 11-23-94 | 86 Magistrate Judge Coody's ORDER directing the clerk to serve a copy of defendant's 2255 motion upon the U.S. Attorney for this district; that the U.S. Attorney file an answer to said motion within 20 days from the date of this order. (Copies furn. USA w/motion; mailed to defendant.) | |
| 12-12-94 | 87 Government's response to motion to vacate, set aside, or correct sentence pursuant to Title 28, USC, Section 2255. Referred to Magistrate Judge Coody. | |
| 12-14-94 | Received $25.00 partial assessment fee through BOP. | |
| 12-15-94 | 88 Magistrate Judge Coody's ORDER that the defendant may file a reply on or before 1/17/95 to the response filed by the United States. (Copies furn. to USA, PTSO; mailed to defendant.) | |
| 12-16-94 | 89 Petitioner's application to proceed in forma pauperis. Referred to Magistrate Judge Coody. DENIED AS MOOT 12/20/94. | |

UNITED STATES DISTRICT COURT — EASTERN DIVISION
CRIMINAL DOCKET  U.S. vs STRICKLAND, DARLENE    93-00060-03
AO 256A                                          Yr. | Docket No. | Def.

PROCEEDINGS (continued) — Page 6

V. EXCLUDABLE DELAY (a) (b) (c) (d)

| DATE | Doc. No. | Proceedings |
|---|---|---|
| 12-20-94 | 90 | Magistrate Judge Coody's **ORDER** denying defendant's in forma pauperis application as MOOT; that it is not necessary in this case; that defendant is informed the court will proceed under the schedule established in the court's Order dated December 15, 1994. (Copy mailed to Petitioner/defendant; furnished to: USA, USM, USPO). |
| 12-27-94 | 91 | Defendant's motion to dismiss ¶2255 motion without prejudice. Referred to Magistrate Judge Coody. **M/GRANTED** 2/28/95. |
| 1-5-95 | 92 | Magistrate Judge Coody's recommendation that defendant Strickland's motion to dismiss without prejudice be granted. **ORDER** to file the Recommendation and to serve by mail a copy therof on the parties to this action. The parties are directed to file any objections to the said Recommendation within a period of 13 days from the date of mailing to them. Copies mailed to petitioner/defendant; furnished: USA, USM, USPO, Ridge. |
| 2-28-95 | 93 | **ORDER** entered by Judge DeMent adopting the recommendation of the Magistrate Judge and granting defendant's motion to dismiss her 28 U.S.C. § 2255 motion without prejudice. EOD: 2/28/95. (Copy furnished to: civil inmate clerk; furnished to: USA, USM, USPO; mailed to: petitioner/defendant). |
| 3/14/95 |  | Received $25.00 partial assessment fee through BOP. |
| 9/13/95 |  | Received $25.00 partial assessment fee through BOP. |
| **12-11-95 |  | Received $25.00 partial assessment fee through BOP. |
| 3-18-96 | 94 | Defendant's motion to vacate, correct or set aside sentence. Referred to Magistrate Judge Coody/Lane. **DENIED IN PART 10/20/99** |
| 3-21-96 | 95 | Magistrate Judge Coody's **ORDER** that the Clerk is directed to serve a copy of this Order together with a copy of the defendant's § 2255 motion upon the U. S. Attorney for the Middle District of Alabama; that an answer be filed within twenty (20) days of the date of this order. (Copy mailed to Petitioner; furnished to: USA along with copy of § 2255 motion; USM, USPO, Ridge). |
| 4-10-96 | 96 | Government's response to motion to vacate, set aside, or correct sentence pursuant to Title 28, U.S.C., Section 2255. Referred to Magistrate Judge Coody. |
| **3-8-96 |  | Received $25.00 partial assessment fee through BOP. |

OVER

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| | | p. 7 |
| 4-15-96 | 97 Magistrate Judge Coody's ORDER that on or before May 13, 1996, the defendant may file a response to the response filed by the government; that the court will not consider any documents or evidence filed by defendant after May 13, 1996, except in exceptional circumstances. (Copy mailed to Petitioner; furnished to: USA, USM, USPO, Ridge). | |
| 4-22-96 | 98 Petitioner's response to the Government's response to her Motion to Vacate, set aside or correct sentence. Referred to Magistrate Judge Coody. | |
| 4-23-96 | CASE REASSIGNED TO MAGISTRATE JUDGE WALKER. | |
| 5-1-96 | 99 Magistrate Judge Coody's ORDER that the respondents file a copy of defendant's sentencing transcript. (Copies furnished to USA, PO; mailed to Darlene Strickland.) | |
| 5-16-96 | 100 Government's notice of filing sentencing transcript for defendant. (w/attached copy of sentencing transcript). Referred to Magistrate Judge Walker. | |
| 6-5-96 | 101 Magistrate Judge Walker's ORDER granting defendant an extension to and including 6/24/96 to file any further response in accordance with the provisions contained in the court's order entered on 4/15/96. (Copies furn. to USA; mailed to Darlene Strickland.) | |
| 6-7-96 | Received $25.00 partial assessment fee through BOP. | |
| 1-3-97 | 102 SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION. | |
| 6-24-98 | 103 Defendant's motion for status report. Referred to Magistrate Judge Walker. | |
| 7-8-98 | 104 Magistrate Judge Walker's ORDER granting defendant's motion for statues report; that the case is pending before the Court on the government's answer to defendant's 2255 motion. (Copies furn. to USA; mailed to Defendant.) | |
| 7-15-98 | 105 Defendant's motion for status report. Referred to Magistrate Judge Walker. | |
| 7-27/98 | 106 Magistrate Judge Walker's ORDER granting defendant's motion for status report; that the case is pending before the Court on the Government's answer to the 2255 motion. (Copies furn. to USA: mailed to defendant.) | |
| 1-22-99 | 107 Defendant's Addendum for post rehabilitation (M/for downward departure.) Referred to Judge DeMent. M/DENIED 1/26/99. (Copy mailed to: defendant; furnished to: USA, USM, USPO, USPTS, Ridge). | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   STRICKLAND, DARLENE         93   00060   03
AO 256A                                                 Yr.  Docket No. Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 9-9-99 | 108  Defendant's motion for status on pending title 28 §2255. Referred to Mag. Judge Walker. Granted in part, Denied in part. | | | | |
| 9-16-99 | 109  Magistrate Judge Walker's ORDER granting defendant's motion for status; advising defendant that the §2255 motion is pending before the court along with the response(s) OF THE United States and that the defendant will be informed of any action taken by this court on her motion. (Copy furnished to USA; mailed to defendant.) | | | | |
| 9-16-99 | 110  Magistrate Judge Walker's ORDER construing defendant's 9/9/99 motion to contain a motion for court order and DENYING the same. (Copies furnished to USA; mailed to defendant.) | | | | |
| 9-20-99 | 111  Magistrate Judge Walker's Order and RECOMMENDATION that petitioner's motion for relief from her sentence pursuant to 28 USC §2255 be DENIED as to her claim that drug quantities sold by other defendants prior to her entry into the conspiracy should not have been attributed to her for sentencing purposes; further RECOMMENDED that, with regard to defendant's other claims concerning her conviction, this matter be referred back to the Magistrate Judge for additional proceedings; and ORDER that any objections to the recommendation be filed within 13 days from the date of mailing to them. USA to file atty. affidavit by 9/29/99 (Copies furn. to USA; mailed to petitioner.) EOD 9/20/99 | | | | |
| 9-27-99 | 112  Government's motion for extension of time to file affidavit of Michael D. Reynolds. Referred to Mag. Judge Walker. MOTION GRANTED 9/30/99 to and including 10/8/99. (Copies of motion granted furn. to USA; mailed to defendant.) | | | | |
| 9-30-99 | 113  Defendant's Response (OJBECTIONS) to order and Recommentation of Magistrate Judge. Referred to Mag. Judge Walker/Anderson | | | | |
| 10-8-99 | 114  Government's response to the order and recommendation filed 9/20/99. /Copy of (Affidavit of Micahel D. Reynolds attached.) Referred to Mag. Judge Walker. | | | | |
| 10-14-99 | 115  Government's motion to allow substitution of original affidavit of Michael D. Reynolds for the copy that was filed on 10/8/99. (Original affadivt attached.) Referred to Magistrate Judge Walker.) MOTION GRANTED 10/15/99. (Copies furn. USA; mailed to defendant.) | | | | |

Interval (per Section II)   Start Date / End Date   Ltr. Code  Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

p.9

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 10-20-99 | 116 ORDER 1.) Overruling defendant's objections to the Magistrate Judge's Recommendation of 9/20/99; 2.) Adopting, Approving and Affirming the recommendation of the Magistrate Judge; 3.) that defendant's §2255 motion for relief from her sentence is DENIED as to defendant's claim that drug quantities sold by other defendants prior to her entry into the conspiracy should not have been attributed to her for sentencing purposes and 4.) That with regard to defendant's other claims concerning her conviction in this matter is referred back to the Magistrate Judge for additonal proceedings.  (Copies furn. to USA; mailed to defendant.)  EOD 10/20/99 | | | | |
| 10/20/99 | File referred back to Mag. Judge Walker/Anderson. | | | | |
| 1-10-00 | 117 Magistrate Judge Walker's ORDER appointing Federal Public Defender for the hearing 1-28-00; directing the clerk of court to make the file available for counsel or furnish counsel copies of the file; setting evidentiary hearing solely on the question of whether defendant's former counsel did or did not advise her of her right to appeal on 1-28-00 at 10am, 3rd floor courtroom; directing to parties to file a witness list at least 10 days before the hearing, as well as an exhibit list as set out in order.  The persons having custody of the petitioner shall produce her at the hearing 1-28-00.  (Copies furnished USA,USM,USPTS,USPO,YG,HC,RL,JT,FD; mailed to defendant.) | | | | |
| 1-12-00 | 118 Notice of appearance of John W. Focke, II as attorney for defendant. | | | | |
| 1-12-00 | 119 Defendant's unopposed motion to continue evidentiary hearing.  Referred to Mag. Judge Walker. GRANTED 1/20/00 | | | | |
| 1-20-00 | 120 Magistrate Judge Walker's ORDER granting motion to continue evidentiary hearing; rescheduling the hearing to 2/23/00 at 10:00 a.m. in the 3rd floor courtroom; that the deadlines set out in the evidentiary hearing order entered 1/10/2000 are governed by this new date; that the persons having custody of the petitioner are to produce her at the 2/23/2000 evidentiary hearing.  (Copies furn. to USA, PO, FPD, JT, HC, YG.) | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| | | UNITED STATES DISTRICT COURT | | | EASTERN DIVISION | |
|---|---|---|---|---|---|---|
| CRIMINAL DOCKET | U.S vs | STRICKLAND, DARLENE | | 93-00060-003 | | |
| AO 256A | | Page 10 | Yr. | Docket No. | Def. | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 2-11-00 | 121 Govenrment's witness and exhibit list for evidentiary hearing scheduled for 2/23/00.. Referred to Mag. Judge Walker. | | | | |
| 2-14-00 | 122 Petitioner's witness and exhibit list for evidentiary hearing scheduled for 2/23/00. Referred to Mag. Judge Walker. | | | | |
| 2-14-00 | 123 Marshal's notice of arrival of defendant to Montgomery, | | | | |
| 2-23-00 | **EVIDENITARY HEARING** held before Mag. Judge Walker | | | | |
| 2-23-00 | 124 Courtroom Deputy Minutes: Evidentiary Hearing. (Jimmy Dickens-Court Reporter) Witness list and Exhibit list attached. (Exhibit in separate envelope w/court file) | | | | |
| 2-24-00 | 125 Mag. Judge Walker's RECOMMENDATION that defendant's motion pursuant to 28 USC 2255 be DENIED as to all remaining claims and ORDER directing parties to file any objections to said recommendation within 13 days from the date of mailing to them. (Copies furn to usa, uspo, cdo.) | | | | |
| 3-6-00 | 126 Defendant's objections and exceptions to recommendations of the Magistrate Judge. Referred to Judge Walker. | | | | |
| 3-9-00 | 127 **ORDER** overruling petitoner's objections; adopting, approving and affirming the Recommendation of the Magistrate Judge; DENYING petitioner's §2255 motion. (Copies furn. to USA;& FRD mailed to defendant.; furnished to civil clerk AR.) | | | | |
| 3/13/00 | 128 **NOTICE OF APPEAL** to the United States Court of Appeals, Eleventh Circuit from the District Court's denial of her 2255 petition. Copies mailed to: USCA  Furnished to: USA, John W. Focke, II. and Finance. Furnished to Defendant. | | | | |
| 3/14/00 | Notice of transmittal of Notice of Appeal to the United States Court of Appeals, Eleventh Circuit. | | | | |
| 3/21/00 | Received transcript order information sheet from Attorney John W. Focke, II. with the notation I am ordering a transcript of the following proceedings: 2/23/00 Evidentiary Hearing transcribed by Jimmy Dickens. | | | | |
| 3/22/00 | Received USCA Case #00-11316-E for Darlene Strickland | | | | |
| 3/28/00 | Received transcript as to Darlene Strickland for 2/23/00 Evidentiary Hearing filed by Jimmy Dickens. | | | | |

Interval (per Section II)  Start Date / End Date  Ltr. Code  Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) *p. 11* | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) (b) (c) (d) |
| 4/4/00 | Certified Certificate of Readiness of Record on Appeal mailed to USCA, Eleventh Circuit. | |
| 5-3-00 | 129  Defendant's **Motion** for issuance of a certficate of Appealability.  referred to Judge De Ment | |
| 5-12-00 | 130  **ORDERED** that the United States show cause, if any there be, on or before May 22, 2000 why the ]129-1] motion for a certificate of appealability should not be granted. (Copies mailed to: Counsel, USCA; furn: USA USPO.) | |
| 5-18-00 | 131  **ORDER OF DISMISSAL** entered 5/16/00 of the U.S. Court of Appeals, is issued as the mandate for want of prosecution because appellant has failed to file a corrected appellant's brief within the time fixed by the rules, effective this 16th day of May, 2000. FOR THE COURT - BY DIRECTION; Brenda Wiegmann [00-11316-EE] | |
| 5-22-00 | 132  **RESPONSE** to **Motion** by USA for Certificate of Appealability.  referred to Judge De Ment. | |
| 5-25-00 | 133  **ORDER** denying [129-1] Motion for issuance of a certificate of appealability.  (Copies mailed Counsel, Defendant, USCA; furn: USA) | |
| 7/11/00 | Original Papers sent to USCA, Eleventh Circuit per their request of 7/10/00. | |
| 7/25/00 | Received acknowledgment of receipt of original papers from USCA, Eleventh Circuit. | |
| 9-13-00 | Received request for ROA as to Darlene Strickland from USCA, 11th Cir. | |
| 9-13-00 | Entire Record on Appeal ( 1 volume Pleadings, 3 Volumes Transcripts, 2 Envelopes Exhibits & 1 Sealed PSI report) picked up by UPS for delivery to USCA, 11th Circ. at request of Brenda Wiegmann. | |
| 9-19-00 | Received acknowledgment of receipt of record on appeal from USCA, 11th Cir. | |
| 10-4-00 | Received Record returned from USCA, 11th Cir. (2 volumes original papers, 2 volumes transcripts). Re-mailed Record on Appeal 10/5/00. | |

Interval (per Section II)   Start Date / End Date   Ltr. Code   Total Days

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET  U.S. vs **DARLENE STRICKLAND** | | | | EASTERN<br>93-00060-003 | |
| AO 256A | | | | Yr. \| Docket No. \|Def. | |
| DATE | PROCEEDINGS (continued)  P 12 | | | V. EXCLUDABLE DELAY | |
| | (Document No.) | | | (a) \| (b) \| (c) \| (d) | |

| DATE | Doc. No. | PROCEEDINGS |
|---|---|---|
| 10-4-00 | | Received copy of ORDER (entered 10/3/00) of the U.S. Court of Appeals, Eleventh Circuit, GRANTING Appellant's motion to reinstate the appeal, GRANTING Appellant's motion for certificate of appealability on the following issue only: Whether appellant's assertion that she was not advised of her appeal rights was sufficient cause to overcome her procedural default, that no certificate of appealability should issue on the remaining issues appellant raises, because he failed to make a substantial showing of the denial of a constitutional right. (Signed by U.S. Circuit Judge Stanley F. Birch.) [00-11316-EE] |
| 10-11-00 | | Received acknowlegement of receipt of record on appeal from U.S. Court of Appeals, Eleventh Circuit. [00-11316-EE] |
| 1-19-01 | 134 | Defendant's pro so motion (in letter form) for a two-level ajdustment for acceptance of responsibility. Referred to Jduge DeMent. MOTION DENIED 2/7/01 |
| 2-7-01 | 135 | ORDER denying defendant's motion for a 2-level downward adjustment ot her sentence for acceptance of responsibility. (Copies furnished to USA, PO, PTSO, USM, mailed to defendant.) |
| 2-28-01 | | Received PER CURIAM the Rule 36-1 decision as to Darlene Strickland. [00-11316-EE] |
| 2-28-01 | 136 | JUDGMENT of USCA (rendered January 3, 2001, is issued as the mandate February 26, 2001) AFFIRMING the district court. (Before: EDMONSON, BIRCH and HULL, Circuit Judges.) [00-11316-EE] |
| 2-28-01 | | Entire Record on Appeal returned by USCA, 11th Cir. SEALED PSI to be returned at later date. |
| 4-16-01 | 137 | Defendant's motion for a plain error review in accordance to 18 U.S.C. Federal Rules of criminal Procedure Rule 52(b). Referred to Judge DeMent. **DENIED 5/7/01** |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued)  P13 (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 4-17-01 | 138 ORDER that the U.S. Attorney show cause no later than 4/23/01 why defendant's motion for plain error review should not be granted. (Copies furn. to USA; mailed to defendant.) | |
| 4-23-01 | 139 Government's response to motion for a "Plain Error Review" in accordance with Rule 52(b), Federal Rules of Criminal Procedure. Referred to Judge DeMent. | |
| 5-7-01 | 140 Defendant's response ot respondent's Response for a plain error review in accordance with 18 USC Rule 52(b). Referred to Judge DeMent. | |
| 5-7-01 | 141 ORDER denying defendant's motion for a plain error review. Copies furn. to USA; mailed to defendant. | |
| 5-14-01 | 142 Notice of Appeal by Darlene Strickland to the U.S. Court of Appeals, Eleventh Circuit from the order entered 5/7/01 denying motion for a plain error review. (Copies Provided) | |
| 5-14-01 | 143 Defendant's Motion (Petition) for Leave to Proceed In Form Pauperis. referred to De Ment. | |
| 5-15-01 | Notice of Appeal docketed & transmitted to USCA, 11th Cir. Re: [142-1] appeal. | |
| 5-21-01 | USCA CASE #01-12716-F; Re: ]142-1] appeal. | |
| 5-23-01 | 144 ORDER, denying [143-1] motion to proceed on appeal in forma pauperis. (Signed by Judge Ira De Ment. (Copies mailed) | |
| 5-23-01 | Received Transcript Order Information Form from Defendant with notation; "All necessary transcript(s) on file". | |
| 6/15/01 | Received request from USCA, 11th Cir. for Original Papers. | |
| 6/25/01 | Entire Court File ( 2 volumes original papers, 4 volumes transcripts, & 2 Envelopes exhibits) picked up by UPS for delivery to USCA, 11th Cir. [01-12716-F] | |

| UNITED STATES DISTRICT COURT | | EASTERN DIVISION |
|---|---|---|
| CRIMINAL DOCKET  U.S. vs STRICKLAND, DARLENE   AO 256A | | 93-00060-03 Yr. Docket No. Def. |

| DATE | PROCEEDINGS (continued)   Page 14 (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 6-29-01 | Received acknowledgment of receipt of record on appeal from USCA, 11th Cir.  ]01-12716-F] | |
| 8-21-01 | 145  Received certified copy of ORDER (rendered August 16, 2001) of the U.S. Court of Appeals, 11th Circuit, ordering that Appellant has filed a motion to proceed on appeal in forma pauperis, that Appellant appeals from the denial of her pro se "Motion for a Plain Error Review," in which appellant requested that the deistrict court undertake a plain error review of her 1993 conviction and sentence, in accordance with Fed.R.Crim.P 52(b), the district court denied relief, finding that any alleged errors were time-barred, and also that the claims themselves were without merit, here, the record indicates that appellant filed a 28 U.S.C. §2255 motion to vacate, set aside, or correct her federal sentence, which the district court denied on March 9, 2001, this Court affirmed that ruling on January 3, 2001, as such, appellant could not obtain further collateral review of her conviction or sentence without first receiving this Court's authorization to file a second or successive 28 U.S.C. §2255 motion. See 28 U.S.C. §2255, DENYING Appellant's motion to proceed on appeal in forma pauperis because this appeal is frivolous. (Signed by U.S. Circuit Judge Frank M. Hull) [01-12716-F] | |
| 8-21-01 | Pursuant to Eleventh Circuit Rule 42-1(b) the appellant is hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the $100 docket and $5 filing fees (total of $105) have been paid to the clerk of the district court.  ]01-12716-F[ | |
| 8-20-01 | Entire Court File ( 2 volumes original papers, 4 volumes transcripts & 2 Envelopes exhibits) returned from the USCA, 11th Cir. [01-12716-F] | |
| 8-27-01 | USCA FILING FEES received $105.00, receipt #88448. | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.)  P 15 | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 10/24/01 | Received request from USCA, 11th Cir. for Original Papers. | |
| 10/30/01 | Entire Court File ( 2 volumes original papers, 3 volumes transcripts, & 2 Envelopes exhibits, 1 PSI Sealed) picked up by UPS for delivery to USCA, 11th Cir. [01-12716-F] | |
| 10/30/01 | CERTIFICATE OF READINESS of record on appeal mailed to USCA, 11th Circuit and counsel: [142-1] appeal by Darlene Strickland. | |
| 3/12/02 | PER CURIAM OPNION entered on February 8, 2002, AFFIRMING the district courts decision. | |
| 3/12/02 | 146 JUDGMENT of the United States Court of APpeals Eleventh CIrcuit is issued as the mandate on March 11, 2002, AFFIRMING the district court as to Dft Darlene Strickland. Before: ANDERSON Chief Judge, DUBINA and BLACK, Circuit Judges. | |
| 3/12/02 | Appeal record returned from USCA, Eleventh Circuit. | |
| 2/7/05 | Petitioner's Motion for Post Trial Relief, to Modify Sentencing Order and to Provide an Update (revise) Presentence Investigation Report. (Referred to Judge DeMent) | |
| 2/7/05 | Court construes Motion for Post Trial Relief as a 28:2255 Motion to Vacate. The civil case number for this motion is filed in 3:05CV148-D. | |