IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:93cr60-ID |
| | ) | |
| DARLENE STRICKLAND | ) | |

**ORDER**

Upon CONSIDERATION of Defendant Darlene Strickland's motion for reduction of sentence, filed November 27, 2007, the United States is DIRECTED to file a response to said motion on or before December 3, 2007.

DONE this 29th day of November, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE